PETER R. AFRASIABI (Bar No. 193336)
pafrasiabi@turnergreen.com
CHRISTOPHER W. ARLEDGE (Bar No. 200767)
carledge@turnergreen.com
TURNER, GREEN, AFRASIABI & ARLEDGE LLP
535 Anton Blvd, Suite 850
Costa Mesa, California 93626
Telephone (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff Network Signatures, Inc.

MICHAEL D. BEDNAREK *pro hac vice*
michaelbednarek@paulhastings.com
ASLAN BAGHDADI *pro hac vice*
aslanbaghadi@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

PANTEHA ABDOLLAHI (SB# 230002)
pantehaabdollahi@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Defendant and Counterclaim-Plaintiff
ABN AMRO INCORPORATED
(erroneously sued as ABN-AMRO, Inc.)

FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK SIGNATURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABN-AMRO, INC., <br><br> Defendant. | CASE NO. SACV06-629 (JVS) (RNBX) <br><br> **STIPULATION DISMISSING THE ACTION** <br><br> Fed. R. Civ. P. 41(a) |

LEGAL_US_E # 76594956.1                                             NOTICE OF DISMISSAL

1 | Having reached terms of settlement, plaintiff Network Signatures, Inc.
2 | and ABN AMRO, Inc., through their respective counsel of record, hereby move this
3 | Court to dismiss with prejudice all claims and counterclaims in the above-captioned
4 | action pursuant to Federal Rule of Civil Procedure 41(a). The United States does
5 | not object to the Dismissal pursuant to the settlement agreement.
6 | A proposed Order is attached for the Court's convenience.

| | |
|---|---|
| DATED: November 27, 2007 | PETER R. AFRASIABI<br>CHRISTOPHER W. ARLEDGE<br>TURNER, GREEN, AFRASIABI & ARLEDGE LLP<br><br>By: _____<br>    PETER R. AFRASIABI<br><br>Attorney for Plaintiff<br>Network Signatures, Inc. |

MICHAEL D. BEDNAREK *pro hac vice*
ASLAN BAGHDADI *pro hac vice*
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

PANTEHA ABDOLLAHI (SB# 230002)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

November 27, 2007

By: _____
    ASLAN BAGHDADI

Attorney for Defendant and Counterclaim-Plaintiff
ABN AMRO INCORPORATED
(erroneously sued as ABN-AMRO, Inc.)

| | |
|---|---|
| 1 | JEFFREY S. BUCHOLTZ |
| 2 | Acting Assistant Attorney General |
| 3 | JOHN FARGO<br>Director |
| 4 | |
| 5 | *[signature]* |
| 6 | |
| 7 | GARY L. HAUSKEN<br>Assistant Director |
| 8 | Commercial Litigation Branch<br>Civil Division |
| 9 | United States Department of Justice<br>Washington, DC 20530 |
| 10 | Telephone: 202-307-0342<br>Facsimile: 202-307-0345 |
| 11 | DATED: November 24, 2007    Attorneys for the United States |

LEGAL_US_E # 76594956.1

-4-

NOTICE OF DISMISSAL

[PROPOSED] ORDER

The Court hereby dismisses the above-entitled action with prejudice. All parties to bear their own costs.

2-15-08

_____
Judge Selna, United States District Court

PROOF OF SERVICE

STATE OF CALIFORNIA ) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is 535 Anton Boulevard, Suite 850, Costa Mesa, CA 92626.

On November 27, 2007, I served the foregoing document(s) described as:

**NOTICE OF DISMISSAL**

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

Michael D. Bednarek
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
*Via email*
*michaelbednare@paulhastings.com*
*& US MAIL*

Gary L. Hausken, Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street NW
Washington, DC 20530
*Via email Gary.Hausken@usdoj.gov*
*& US MAIL*

Peter Afrasiabi, Esq.
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
*By hand*

[ ]   **VIA U.S. MAIL AND COURTESY EMAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service, on ~~September~~ November 27, 2007 with postage thereon fully prepaid, at Costa Mesa, California.

[ ]   **FEDERAL,**
I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 27, 2007, at Costa Mesa, California.

/s/ Vanessa Lin